CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Carlos Manuel Mendoza**<br>DOB: 2000; Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-14133MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 24, 2025, in the District of Arizona, **Carlos Manuel Mendoza**, knowing and in reckless disregard of the fact that certain illegal aliens, including Jesus Antonio Portela-Martinez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 24, 2025, in the District of Arizona (Three Points), Border Patrol agents (BPAs) were observing traffic near Hayhook Road, just west of the State Route (SR) 86 Border Patrol Checkpoint. The checkpoint was not operational at the time. When checkpoints are closed, smuggling organizations will sometimes try to exploit the route as they can send loaded vehicles through the area without inspection. SR 86 is an often-used smuggling corridor that connects Tucson, Arizona and Ajo, Arizona. At approximately 12:00 p.m., BPAs noticed a blue 2023 Toyota GR 86 bearing Arizona license plate GECKO9 pass their location travelling east. The Toyota, a two-door coupe, appeared to be sagging in the rear and had heavy tint. BPAs pulled behind the Toyota and ran record checks on the vehicle. Record checks revealed that the Toyota had made a short circuit trip from the Phoenix, Arizona area to the Tohono O'odham Nation in Sells, Arizona. BPAs noted that smuggling organizations often recruit drivers from the Phoenix area and that short circuit trips are a common tactic seen in smuggling events. BPAs also noted records checks indicated the vehicle had not been on the Tohono O'odham Nation in the recent past. At approximately 12:06 p.m., BPAs initiated a vehicle stop and the Toyota yielded near the SR 86 checkpoint. BPAs approached the Toyota and tapped on the passenger side window. The window then rolled down and BPAs observed four occupants in the vehicle, with three of them appearing very rigid and avoiding eye contact. The driver of the Toyota, identified as **Carlos Manuel Mendoza**, was questioned as to his immigration status and BPAs determined him to be a Mexican national with deferred action for childhood arrival. An immigration inspection was performed on the other passengers, including Jesus Antonio Portela-Martinez, and BPAs determined them to be citizens of Mexico and Bolivia illegally present in the United States. Record checks revealed that Jesus Antonio Portela-Martinez does not possess the proper documentation to enter, pass through, or remain in the United States legally. While taking the occupants of the vehicle into custody, BPAs discovered a black pistol sitting on the passenger side floorboard.

Material witness Jesus Antonio Portela-Martinez stated that he is a citizen of Mexico. He stated that a friend made the arrangements for him to be smuggled into the United States and that he was unsure of the amount of money he was going to pay but he did know he would have to pay. He was taken to an area in the middle of the desert where he and another individual crossed the border by using a rope to climb over the wall.   **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Jesus Antonio Portela-Martinez

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | |
| | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] *Jacqueline M. Rateau* | DATE<br>September 25, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Price

**Continued from front page.**                                    25-14133MJ

He walked until he reached a paved road where he was told to wait for a load vehicle. Portela-Martinez did not know the name of the road but stated that it was a heavy-trafficked paved road. After waiting for approximately one hour, a vehicle parked near their location and honked. Portela-Martinez stated he had been told over the phone that a vehicle would honk for them. Portela-Martinez stated that only the driver was in the vehicle when it arrived, and a door to the vehicle was already open as he approached. He stated that he sat in the back seat. Portela-Martinez stated that the driver never spoke to him or gave them any indications. He said after they got in, the driver drove off and they traveled until they were stopped by Border Patrol near a checkpoint.